The joint request for referral to Magistrate Judge is GRANTED. See Referral to U.S.M.J. Thomas P. Smith, dated October 14, 2003. The motion for extension of time is also GRANTED. The deadline for completion of discovery is extended to January 31, 2004.
So ordered.


Christopher F. Droney
United States District Judge
10/14/03

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KRISTEN FLAHERTY, <br> Plaintiff, | Civil Action No. 3:02 CV 2215 (CFD) |
| vs. | |
| AUTOMATED DATA PROCESSING, INC., <br> Defendant. | OCTOBER 3, 2003 |

## JOINT REQUEST FOR REFERRAL TO MAGISTRATE FOR MEDIATION AND FOR EXTENSION OF TIME TO COMPLETE DISCOVERY PENDING MEDIATION

The Defendant, ADP, Inc. (incorrectly designated in the caption as Automated Data Processing, Inc., and hereinafter "ADP"), on behalf of said Defendant and further on behalf of the Plaintiff, respectfully requests that the Court refer this matter for mediation to the Honorable William I. Garfinkel, Magistrate Judge. The parties have conferred and agree that intervention in this matter to explore the potential for settlement is mutually desirable.

Moreover, incident to this request, the parties also respectfully request that this Court extend the time for completion of discovery herein from the current deadline of November 30, 2003, until sixty (60) days after mediation efforts have been exhausted.

One prior request for an extension of this time limitation was made and granted. Specifically, Plaintiff requested a thirty (30) day extension from October 30, 2003 through November 30, 2003 for completion of fact discovery.

