UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KRISTEN FLAHERTY,
    Plaintiff,

v.

AUTOMATED DATA PROCESSING, INC.,
    Defendant.

: Civil Action No. 3:02CV2215 (CFD)

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_  A recommended ruling on the following motions which are currently pending: (orefm.)

\_\_\_  A ruling on the following motions which are currently pending: (orefm.)

_X_  A settlement conference (orefmisc./cnf)

\_\_\_  A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_  Other: (orefmisc./misc) _____

SO ORDERED this 14th day of October 2003, at Hartford, Connecticut.

Christopher F. Droney
United States District Judge

