UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 DEC -4  A 9: 58

US DISTRICT COURT
HARTFORD CT

**FLAHERTY,**
        **Plaintiff**

- v -                                    **Civil No 3:02CV2215(CFD)**

**AUTOMATED DATA PROCESSING,
INC.,**
        **Defendant**

<u>ORDER</u>

A settlement conference shall be held before the undersigned on **January 13, 2004, at 10:00 a.m.**  The parties shall submit <u>ex parte</u> statements **to the Chambers of Judge Smith**, not to exceed four pages, briefly setting forth their settlement positions, no later than January 9, 2004.  **<u>Facsimiles will not be accepted</u>**.

**Counsel shall be accompanied by the appropriate persons with authority to settle.**  <u>See</u> <u>Nick v. Morgan's Foods, Inc.</u>, 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000), <u>aff'd</u>, No. 00-2776, 2001 WL 1352164 (8th Cir. Nov. 5, 2001).

**IT IS SO ORDERED.**

**Dated at Hartford, Connecticut this 4th day of December, 2003.**

