UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Settlement Conference Calendar

FILED

JAN 13 P 2: 09

U.S. DISTRICT COURT
HARTFORD, CT.

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room 258

January 13, 2004

10:00 a.m.

CASE NO. **3-02CV2215** (CFD) **Flaherty v. Automated Data Processing, Inc.**

**SETTLEMENT CONFERENCE**

Mary A. Gambardella
Epstein, Becker & Green, P.C.
One Landmark Square
Ste. 1800
Stamford, CT 06901-2165

Marc P. Mercier
Beck & Eldergill
447 Center St.
Manchester, CT 06040

Steven J. Younes
Epstein, Becker & Green, P.C.
One Landmark Square, Ste. 1800
Stamford, CT 06901

_Conf. held w/ TPS - case settled_
_Time: 8'_

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK