UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 JAN 13 P 2: 09
U.S. DISTRICT COURT
HARTFORD, CT.

Kristen Flaherty,
    Plaintiff

- v -                    CIVIL 3-02-CV-2215(CFD)

Automated Data Processing, Inc.,
    Defendant

### MEMORANDUM AND ORDER

A settlement conference was held in this case January 13, 2004. The case has been settled. The parties will file the appropriate papers within 30 days.

Dated at Hartford, Connecticut, this 13th day of January, 2004.

*[signature]*
Thomas P. Smith
United States Magistrate Judge