**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| KRISTIN FLAHERTY<br>    Plaintiff | CIVIL ACTION NO: 3:02CV 2215 (CFD) |
| VS. | |
| AUTOMATED DATA PROCESSING, INC.<br>    Defendant | JANUARY 26, 2004 |

**STIPULATION OF DISMISSAL**

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this matter may be dismissed, with prejudice and without costs to either party.

Plaintiff                                                            Defendant


By:_____                  By:
   Marc P. Mercier                                              Steven J. Younes, Esq.
   Beck & Eldergill, P.C.                                       Epstein Becker & Green, P.C.
   447 Center Street                                            One Landmark Square, Suite 1800
   Manchester, CT   06040                              Stamford, CT   06901-2601
   Tel: (860) 646-5606                                       Tel: (203) 348-3737
   Fed. Bar No.  ct10886                                  Fed. Bar No.   ct12408


Flaherty\Stip01-04.pld