FILED
2004 FEB 17 P 2: 16
U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KRISTIN FLAHERTY<br>　Plaintiff | : | CIVIL ACTION NO. 3:02CV2215(CFD) |
| VS. | : | |
| AUTOMATED DATA PROCESSING, INC.<br>　Defendant | : | JANUARY 26, 2004 |

### STIPULATION OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this matter may be dismissed, with prejudice and without costs to either party.

Plaintiff

By: _____
Marc P. Mercier
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT  06040
Tel: (860) 646-5606
Fed. Bar No.  ct10886

Defendant

By: _____
Steven J. Younes, Esq.
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT  06901-2601
Tel: (203) 348-3737
Fed. Bar No.  ct12408

Flaherty\Stip01-04.pld

LAW OFFICES
**BECK AND ELDERGILL, P.C.**
447 Center Street • Manchester, CT 06040 • (860)646-5606 • Juris No. 02702